U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    JUN 2 2 2017
WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NOS. 16-58, 17-78 |
| v. | * | SECTION: "L" |
| CHRISTOPHER SIMMS | * | VIOLATIONS: 18 U.S.C. § 2113(a) |
| | | 18 U.S.C. § 1951(a) |
| | * | 18 U.S.C. § 924(c) |

\*    \*    \*

## FACTUAL BASIS

If this matter had proceeded to trial, the United States would have proved through the introduction of competent testimony and admissible evidence, the facts below to support the allegations charged by the Government in the Superseding Bill of Information filed against defendant **CHRISTOPHER SIMMS** in Case Number 16-58 "L" for seven counts of Hobbs Act robbery, in violation of Title 18, United States Code, Section 1951(a), one count of brandishing a firearm during a crime of violence, in violation of Title 18, United States Code, Section 924(c), and one count of bank robbery in violation of Title 18, United States Code, Section 2113(a); and to support the allegations charged by the Government in the Indictment now pending against defendant **CHRISTOPHER SIMMS** in Case Number 17-78 "L" for one count of bank robbery, in violation of Title 18, United States Code, Section 2113(a).

On or about January 13, 2016, at approximately 5:20 p.m., **SIMMS** entered the Sonny's Discount convenience store located at 3154 Seventh Avenue in Silver Creek, Mississippi, and

1

announced that he was robbing it.  **SIMMS** pulled out a shotgun, pointed it at the cashier, and instructed the cashier to open the register.  **SIMMS** then reached over and took a quantity of United States currency from the drawer.  He also instructed the cashier to give him money.  The victim cashier described the robber as a black male.  Surveillance footage from the Sonny's Discount store captured the robbery and showed that the robber was wearing a black hooded jacket or coat.

If called to testify, a witness, D.F., would state that D.F. saw **SIMMS** with a shotgun and a pistol on January 13, 2016.  D.F. has further advised law enforcement that **SIMMS** had told D.F. on January 13, 2016 that he was going to commit a robbery.  In addition, witnesses observed **SIMMS** driving a red 2-door Oldsmobile Cutlass Supreme in the area on or about January 12, 2016.

At all material times herein, Sonny's Discount convenience store located at 3154 Seventh Avenue in Silver Creek, Mississippi, was a convenience store located in the in the Southern District of Mississippi that sold cigarettes, alcohol, beverages, and other products directly to customers. It conducted its business in and affecting interstate commerce in that many of the products sold to its customers were obtained from producers and manufacturers outside the State of Mississippi as well as suppliers inside the State of Mississippi that obtained the products outside the State of Mississippi.

On or about January 15, 2016, at approximately 5:30 p.m., **SIMMS** entered the McDonald's Restaurant at 2609 St. Claude Avenue in New Orleans, Louisiana.  He approached a cashier and brandished what appeared to be a black handgun.  He leaned toward the counter, said, "Let's make this real easy," and told the cashier to empty the register.  **SIMMS** then reached over the counter, grabbed approximately $188.00 in United States currency from the cash drawer,



placed it in a bag, and ran out. The victim cashier described the robber as a black male, approximately 30-35 years old, standing approximately 5'7 feet tall, and weighing approximately 190 pounds. The robber was described as wearing a black or dark-colored shirt, light-colored camouflage pants, and a black fitted baseball hat. Surveillance footage captured the robbery and corroborated the victim's description. The victim cashier was shown a 6-person photographic lineup, and positively identified **SIMMS** as the person who robbed the restaurant.

At all material times herein, the McDonald's Restaurant located at 2609 St. Claude Avenue, New Orleans, Louisiana, was a commercial restaurant located in the Eastern District of Louisiana that sold beverages, food, and other products directly to customers. It conducted its business in and affecting interstate commerce in that many of the products sold to its customers were obtained from producers and manufacturers outside the State of Louisiana as well as suppliers inside the State of Louisiana that obtained the products outside the State of Louisiana.

On or about January 17, 2016, at approximately 2:12 p.m., **SIMMS** entered the McDonald's Restaurant, located at 1918 North Broad Street, New Orleans, Louisiana. After ordering a cheeseburger and using the restroom, **SIMMS** returned to the counter and approached a cashier. He told the cashier to be quiet and open up the register drawer. **SIMMS** then lifted up his shirt to show what appeared to be a firearm tucked in his waistband. Instead of opening the drawer, the cashier ran to the back of the restaurant. **SIMMS** then fled the restaurant without obtaining any currency. Surveillance footage evidences that the perpetrator was a black male wearing a dark knit hat, a dark hooded sweatshirt, and camouflage pants. The cashier was shown a 6-person photographic lineup, and positively identified **SIMMS** as the person who attempted to rob the store.

At all material times herein, the McDonald's Restaurant located at 1918 North Broad

3

Street, New Orleans, Louisiana, was a commercial restaurant located in the Eastern District of Louisiana that sold beverages, food, and other products directly to customers. It conducted its business in and affecting interstate commerce in that many of the products sold to its customers were obtained from producers and manufacturers outside the State of Louisiana as well as suppliers inside the State of Louisiana that obtained the products outside the State of Louisiana.

On or about January 17, 2016, at approximately 2:29 p.m., **SIMMS** entered the McDonald's Restaurant located at 3025 Elysian Fields Avenue in New Orleans, Louisiana. He approached a cashier, who was assisting a customer. **SIMMS** leaned over the counter, pulled out what appeared to be a black and silver handgun, and pointed it at the cashier. **SIMMS** said, "Give me the money or I'm gonna fucking kill you." The cashier gave **SIMMS** approximately $300.00 in United States Currency from the register. The victim cashier described the suspect as a black male with average build, wearing camouflage pants, a sweater, and a black Saints beanie hat. Surveillance footage from the McDonald's captures the robbery and corroborates the victim's description.

The victim cashier at the Elysian Fields Avenue McDonald's Restaurant observed the robber get into a maroon Cutlass with two doors. The cashier observed that a black female was waiting inside of the vehicle. A customer also observed the incident, and stated that the robber got into an older model Oldsmobile Cutlass vehicle with two doors, bearing a Mississippi license plate.

At all material times herein, the McDonald's Restaurant located at 3025 Elysian Fields Avenue, New Orleans, Louisiana, was a commercial restaurant located in the Eastern District of Louisiana that sold beverages, food, and other products directly to customers. It conducted its business in and affecting interstate commerce in that many of the products sold to its customers



were obtained from producers and manufacturers outside the State of Louisiana as well as suppliers inside the State of Louisiana that obtained the products outside the State of Louisiana.

On January 28, 2016, at approximately 11:30 a.m., **SIMMS** entered the McDonald's Restaurant at 2145 Veterans Boulevard in Kenner, Louisiana. He walked up to the cash register, ordered French fries, and paid $1.00 to the cashier, who opened the register. **SIMMS** then put his hand into his jacket pocket as if looking for change, but instead produced what appeared to be a black handgun. The victim cashier took a step back from the register, in fear. **SIMMS** reached across the counter, took approximately $415.00 in United States currency from the drawer, and then exited.

An employee who had been working at the drive-through window of the Veterans Boulevard McDonald's Restaurant observed the robber getting into the driver's side door of a burgundy cutlass sedan vehicle. Witnesses described the suspect as a shorter black male, in his 20s, clad in a black jacket or hoodie, and a dark stocking cap. Surveillance footage captured the robbery and corroborated the witnesses' descriptions. Surveillance footage further showed that the robber was wearing grey camouflage pants.

At all material times herein, the McDonald's Restaurant located at 2145 Veterans Boulevard in Kenner, Louisiana, was a commercial restaurant located in the Eastern District of Louisiana that sold beverages, food, and other products directly to customers. It conducted its business in and affecting interstate commerce in that many of the products sold to its customers were obtained from producers and manufacturers outside the State of Louisiana as well as suppliers inside the State of Louisiana that obtained the products outside the State of Louisiana.

On or about January 29, 2016, at approximately 5:52 p.m., **SIMMS** entered a Dollar General store located at 8030 West Metairie Road in Metairie, Louisiana. He asked two



employees if the store sold "do-rags." One employee escorted **SIMMS** to the aisle, and then returned to the register. **SIMMS** returned to the register a short time later with a do-rag. As the cashier began to ring up the item, **SIMMS** produced what appeared to be a handgun and pointed it at the cashier. He instructed the cashier not to look at him. **SIMMS** then reached into the register drawer and removed approximately $75.00 in United States currency. Surveillance footage captured the robbery and evidenced that the robber was wearing a black and red baseball cap, a black jacket, black and white tennis shoes with red laces, and black and white camouflage pants.

At all material times herein, the Dollar General store at 8030 West Metairie Road, Metairie, Louisiana, was a business located in the Eastern District of Louisiana that was engaged in the retail sale of articles and commodities directly to customers. It conducted its business in and affecting interstate commerce in that many of the products sold to its customers were obtained from producers and manufacturers outside the State of Louisiana as well as suppliers inside the State of Louisiana that obtained the products outside the State of Louisiana.

On or about February 3, 2016, at approximately 9:30 a.m., **SIMMS** entered the Compass Bank located at 5399 Highway 90 in Mobile, Alabama. He pulled a demand note from his pocket and presented it to a teller. The note said, "Give me all the money if you scream you will be the first to die so don't play." The victim teller provided **SIMMS** with approximately $2,782.00 in United States currency. **SIMMS** then said, "That's how it's done," and exited the bank.

Surveillance footage from the Compass Bank captures the robbery, and evidences that the robber wore a red and black Miami hat and black and white camouflage pants. Surveillance footage also shows the robber get into a maroon, two-door Oldsmobile vehicle in the Compass Bank parking lot immediately after the robbery and drive away. The victim teller was shown a

6



six-person photographic line-up, and positively identified **SIMMS** as the robber.

After the Compass Bank robbery, a witness, R.G., came forward and told law enforcement that a black male wearing camouflage pants and a red Miami hat had picked up R.G. on February 3, 2016, in a red, older model two-door car in Florida. R.G. said that the man was with a woman who had the same first name as **SIMMS**' girlfriend, S.M. S.M. and the man in the Miami hat drove R.G. to Mobile, Alabama. Upon arrival in Mobile, the man in the Miami hat told R.G., "we gon' rob a bank." R.G. insisted on getting out of the car before the robbery.

At all material times herein, the Compass Bank located at 5399 Highway 90 in Mobile, Alabama was a financial institution located within the Southern District of Alabama, with deposits insured by the Federal Deposit Insurance Corporation.

On or about February 5, 2016, at approximately 10:08 a.m., **SIMMS** entered the Iberia Bank located at 4305-A Clearview Parkway in Metairie, Louisiana. He approached a teller, and asked if he could cash a check. He appeared nervous and was digging repeatedly into his pocket. He then handed the victim teller a note, demanding cash or the teller would be the first to die. The victim teller provided **SIMMS** with approximately $3,190.00 in United States currency from her drawer. The teller attempted to place dye packs and a GPS transponder with the money, but **SIMMS** said "no," grabbed the money, and fled from the location. The victim teller described the robber as a black male with a baby face, in his late 20's, wearing a long sleeved red shirt, dark colored jeans, and a red baseball cap with black writing and a black rim. Surveillance footage from the bank captured the robbery, and corroborated the victim's description. Surveillance footage further showed that the robber's cap contained the word "Miami," and that he wore black and white shoes with red shoelaces. The victim teller was shown a six-person photograph line-up, and the teller positively identified **SIMMS** as the individual who committed the robbery.

7




At all material times herein, the Iberia Bank located at 4305-A Clearview Parkway in Metairie, Louisiana was a financial institution located within the Eastern District of Louisiana, with deposits insured by the Federal Deposit Insurance Corporation.

On or about February 8, 2016, at approximately 3:45p.m., **SIMMS** entered a Family Dollar Store located at 2125 Caton Street in New Orleans, Louisiana. He stood in line at the cash register. When the cashier opened the register drawer to assist another customer, **SIMMS** stepped forward, brandished what appeared to be a handgun with a silver barrel, and stated, "You in robbery!" The cashier froze for a moment, and **SIMMS** stated, "Back the fuck up you in robbery!" The cashier backed away from the register, and **SIMMS** grabbed approximately $363.00 from the register drawer. He then fled outside. Witnesses observed the robber get into a gold Mercury bearing a Mississippi license plate. The robber was described as a black male, about 35 years old, 5'5 tall and 200 pounds, wearing a gray hoodie with a red shirt underneath and black pants.

On February 8, 2016, state and federal law enforcement officers questioned **SIMMS'** girlfriend, S.M. in a recorded interview. After being advised of her *Miranda* rights and signing a written waiver, S.M. stated that she and **SIMMS** had taken S.M.'s gold Mercury vehicle to a Family Dollar store in New Orleans that afternoon. According to S.M., **SIMMS** went inside the Family Dollar store while S.M. waited in the car. **SIMMS** returned a few minutes later in a bad mood.

At all material times herein, the Family Dollar store at 2125 Caton Street, New Orleans, Louisiana was a business located in the Eastern District of Louisiana that was engaged in the retail sale of articles and commodities directly to customers. It conducted its business in and affecting interstate commerce in that many of the products sold to its customers were obtained from



producers and manufacturers outside the State of Louisiana as well as suppliers inside the State of Louisiana that obtained the products outside the State of Louisiana.

According to records from the Mississippi Department of Motor Vehicles, a 1992 maroon 2-door Oldsmobile Cutlass Supreme vehicle with a Mississippi license plate was registered to **SIMMS** at the time of the robberies that took place in January 2016.  At the time of the Family Dollar robbery on February 8, 2016, a gold Mercury Sable vehicle with a Mississippi plate was registered to SIMMS' girlfriend, S.M.  Law enforcement conducted a search of S.M.'s vehicle pursuant to a search warrant.  Two pairs of camouflage pants, a red and black Miami hat, a black hooded jacket, a black BB gun with a silver bullet extractor, **SIMMS'** Social Security card, and **SIMMS'** birth certificate were recovered during the search of this vehicle.  Furthermore, several photographs posted publicly on **SIMMS'** Facebook account depict **SIMMS** with a large amount of cash, and show **SIMMS** wearing camouflage pants, a long-sleeved red shirt, black shoes with red laces, a black hooded jacket, a black do-rag, and black and red baseball caps, including a black and red Miami hat.

On February 8, 2016, **SIMMS** was arrested.  After being advised of his *Miranda* rights and signing a written waiver, SIMMS gave a recorded confession stating that he had recently committed numerous robberies.  He specified that his robberies included a store in Silver Creek, Mississippi, a Family Dollar in New Orleans, Louisiana, a bank in Metairie, Louisiana, and a McDonald's Restaurant in New Orleans, Louisiana.  He further stated that he had robbed a bank in Alabama of approximately $2,500 approximately one week earlier.

This proffer of evidence is not intended to constitute a complete statement of all facts known to the Government, but rather is a minimum statement of facts intended to prove the necessary factual predicate for the guilty plea.  The limited purpose of this proffer is to



9

demonstrate that there exists a sufficient factual and legal basis for **CHRISTOPHER SIMMS'** plea of guilty to the offenses charged in the Superseding Bill of Information filed in Case Number 16-58 "L" and the Indictment filed in Case Number 17-78 "L."

_____      6/22/2017
MARIA M. CARBONI                  Date
Assistant United States Attorney

_____      6-22-2017
GARY SCHWABE                    Date
Counsel for the defendant

_____      6-22-17
CHRISTOPHER SIMMS          Date
Defendant